# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2106

_____

| | | |
|---|---|---|
| James Joseph Owens-El, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Bill Hedrick, Warden, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: September 3, 2003
Filed: September 11, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

James J. Owens-El appeals the District Court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that the District Court did not abuse its discretion in denying Owens-El's motion. See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001) (standard of review; Rule 60(b) is not vehicle for reargument of merits, and movant must show exceptional circumstances to justify relief), cert. denied, 534 U.S. 975 (2001). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.